UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MINAXI I. PATEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) 4:12-cv-311 |
| THE HONORABLE JOHN McHUGH, | ) |
| Secretary of the Army, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Before the Court is the United States' Motion to Lift Stay. ECF No. 37. The stay, however, expired on November 15, 2013. *See* ECF No. 34. The motion to lift stay therefore is *DENIED AS MOOT*.

The __ day of November, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA